ROBERTS, PENNY J. v. MENU FOODS INCOME FUND                                                  07-C-0248-C

| DIST | OFF | DOCKET YR. NMBR | ORIG. | FILE DATE | J | NATURE OF SUIT | DIVERSITY PTF | DEF | RULE 23 | DEMAND $1,000s | JUDGE | MAGISTRATE | COUNTY | JURY DEMAND? |
|------|-----|-----------------|-------|-----------|---|----------------|---------------|-----|---------|----------------|-------|------------|--------|--------------|
| 0758 | 3   | 07 0248         | 1     | 05/02/2007| 4 | 365            | 1             | 5   | No      |                | 5804  | 58BC       | 55123  | Yes          |

**CAUSE:** TORTS-PERSONAL INJURY; Personal Injury - Product Liability

### PLAINTIFFS

- ROBERTS, PENNY J.
- IVERSON, DONALD GILBERT

### DEFENDANTS

- MENU FOODS INCOME FUND
- MENU FOODS, INC.
- MENU FOODS HOLDINGS, INC.
- MENU FOODS MIDWEST CORPORATION
- CHEMNUTRA INC.
- CHEMNUTRA LLC

### COUNSEL FOR PLAINTIFFS

- MICHAEL L. STOKER
  JOHNS, FLAHERTY & RICE, S.C.
  205 FIFTH AVENUE SOUTH, SUITE 600
  P.O. BOX 1626
  LA CROSSE, WI 54602-1626
  (608) 784-5678
  *for:* IVERSON, DONALD GILBERT
         ROBERTS, PENNY J.

- DANIEL E. GUSTAFSON
  GUSTAFSON GLUEK PLLC
  650 NORTHSTAR EAST
  608 SECOND AVENUE SOUT
  MINNEAPOLIS, MN 55402
  (612) 333-8844
  *for:* IVERSON, DONALD GILBERT
         ROBERTS, PENNY J.

### COUNSEL FOR DEFENDANTS

- MATTHEW J. DUCHEMIN
  QUARLES & BRADY
  P.O. BOX 2113
  33 EAST MAIN ST, STE 900
  MADISON, WI 53701-2113
  (608) 251-5000
  *for:* MENU FOODS HOLDINGS, INC.
         MENU FOODS INCOME FUND
         MENU FOODS MIDWEST CORPORATION
         MENU FOODS, INC.

- CHEMNUTRA INC.
  ATTN: LEGAL DEPARTMENT
  HANGZHOU, HZ
  ZHEJIANG, CHINA 310030
  ,
  *for:* CHEMNUTRA LLC

A TRUE COPY, Certified
JUL 2 3 2007
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By _____
       Deputy Clerk

UNITED STATES DISTRICT COURT DOCKET                                                             (REV. 3/89)

Dockets.Justia.com

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 05/02/2007 | | NOTC, DISC. STMT., FILING FEE INVOICE, E-FILING FAQ, E-FILING ORDER, REQ. ELEC. COPIES, BBC ORDER RE: DISP. MOTIONS. |
| 05/02/2007 | 001 | JS-44 |
| 05/02/2007 | 002 | COMPLAINT - SUMMONS ISSUED. |
| 05/07/2007 | | FILING FEE PAID. |
| 07/03/2007 | 003 | ORDER (UNCERTIFIED) TRANSFERRING CASE TO DISTRICT OF NEW JERSEY. |
| 07/03/2007 | | STATUS CONFERENCE FOR 7/25/07 AT 9:30 AM CANCELED. |
| 07/06/2007 | 004 | NOTICE OF APPEARANCE BY DEFTS. |
| 07/06/2007 | 005 | DISCLOSURE OF CORP. AFFIL. & FINAN. INT. BY MENU FOODS DEFTS. |
| 07/06/2007 | 006 | MOTION BY DEFTS. TO STAY PENDING TRANSFER TO MDL COURT. |
| 07/09/2007 | | PLTF. RESPONSE TO #6 DUE 7/12/07; NO REPLY. (SLC) |
| 07/17/2007 | 007 | STIPULATION TO MDL TRANSFER AND STAY OF DEADLINES PENDING TRANSFER BETWEEN PLTF. AND MENU FOODS DEFTS. |
| 07/20/2007 | 008 | UNCERTIFIED CONDITIONAL MDL TRANSFER ORDER TO DISTRICT OF NEW JERSEY. |
| 07/23/2007 | 009 | ORDER (CERTIFIED) TRANSFERRING CASE TO DISTRICT OF NEW JERSEY. |

UNITED STATES DISTRICT COURT DOCKET                                (REV. 3/89)