UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK
P.O. BOX 432
MADISON, WI 53701
(608) 264-5156

## MEMORANDUM

**TO:** William T. Walsh, Clerk
U.S. District Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101-0419

**DATE:** July 23, 2007

**RE:** Penny J. Roberts v. Menu Foods Income Fund
WDWI Case No. 07-C-248-C

Enclosed please find the original record in the above-entitled matter, along with a certified copy of the docket sheet.

Please acknowledge your receipt of these documents by completing the bottom portion of this memo and returning same in the envelope provided.

Thank you.

THERESA M. OWENS, CLERK

By: *[signature]*
Deputy Clerk

Enclosures
cc: Michael L. Stoker
Daniel E. Gustafson
Matther J. Duchemin
Chemnutra Inc.

RECEIPT ACKNOWLEDGED this _____ day of _____

Dockets.Justia.com